**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **DEBORAH CLARK,** | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | Case Number 7:10-CV-53 (HL) |
| | : | |
| **LETICA CORPORATION,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## ORDER

The Parties having filed a Stipulation for Entry of a Protective Order Regarding Confidential Information (Doc. 14), and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the terms and provisions set forth in the Stipulation for Entry of a Protective Order Regarding Confidential Information (Doc. 14) are approved and made the Order of this Court.

**SO ORDERED,** this the 15th day of March, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**