IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DEBORAH CLARK, | : |
| | : |
| Plaintiff, | : |
| | : Case No. 7:10-cv-53(HL) |
| | : |
| | : |
| LETICA CORPORATION, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DIMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Deborah Clark and Defendant Letica Corporation hereby stipulate and agree that this case shall be dismissed, with each party to bear its own costs, expenses, and attorney fees. Such dismissal shall be with prejudice as to all parties.

SO STIPULATED this 10th day of October, 2011,

| | |
|---|---|
| *s/Jody D. Peterman* | *s/Edward F. Preston* |
| Jody D. Peterman | Edward F. Preston |
| Georgia Bar No. 573552 | Georgia Bar No. 587416 |
| Terry & Peterman, LLP | Coleman Talley, LLP |
| P. O. Box 1185 | P. O. Box 5437 |
| Valdosta, GA 31603-1185 | Valdosta, GA 31603-5437 |
| (229) 247-1133 | (229) 242-7562 |

1

## Signature Certification

I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.

>   */s/ Edward F. Preston*
>   Edward F. Preston
>   Georgia Bar No. 587416
>
>   Coleman Talley LLP
>   Post Office Box 5437
>   Valdosta, GA 31603-5437
>   Telephone: (229) 242-7562
>   Facsimile: (229) 333-0885
>   E-mail: ed.preston@colemantalley.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DEBORAH CLARK, | : |
| | : |
| Plaintiff, | : |
| | :   Case No. 7:10-cv-53(HL) |
| | : |
| | : |
| LETICA CORPORATION, | : |
| | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Stipulation for Dismissal has been served via the Court's CM/ECF system upon the following counsel of record: Jody D. Peterman, Terry & Peterman, LLP, P. O. Box 1185, Valdosta, GA 31603-1185.

Respectfully Submitted this 10th day of October, 2011.

                                          */s/ Edward F. Preston*
                                        Edward F. Preston
                                        Georgia Bar No. 587416
                                        Coleman Talley LLP
                                        Post Office Box 5437
                                        Valdosta, GA 31603-5437
                                        Telephone: (229) 242-7562
                                        Facsimile: (229) 333-0885
                                        E-mail: ed.preston@colemantalley.com